**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Rusthoven Enterprises LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA  Phil Robin Landscapes** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-4318546** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **165 E North Ave.**<br>**Villa Park, IL 60181**<br>Number, Street, City, State & ZIP Code | **9541 Witham**<br>**Woodridge, IL 60517**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **DuPage**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.philrobin.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**            page 1

Debtor **Rusthoven Enterprises LLC**     Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    **2389**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. Check **all** that apply:
  - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ☐ No
- ☒ Yes.

| | | | | |
|---|---|---|---|---|
| Debtor | **Landscape Consultants, Inc.** | | Relationship | **Affiliate** |
| District | **Northern District of Illinois** | When **3/24/21** | Case number, if known | **TBD** |

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 2

Debtor **Rusthoven Enterprises LLC** Case number (*if known*) _____
Name

Debtor **Rusthoven Enterprises LLC**     Case number (*if known*) _____
Name

---

**11. Why is the case filed in *this district*?**    *Check all that apply:*

- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**    *Check one:*

- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☒ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**

- ☒ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☒ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Rusthoven Enterprises LLC**
Name

Case number (*if known*) _____

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 25, 2021**
MM / DD / YYYY

X /s/ Brian Rusthoven
Signature of authorized representative of debtor

**Brian Rusthoven**
Printed name

Title **Manager**

**18. Signature of attorney**

X /s/ Harold D. Israel
Signature of attorney for debtor

Date **March 25, 2021**
MM / DD / YYYY

**Harold D. Israel**
Printed name

**Levenfeld Pearlstein, LLC**
Firm name

**2 N. LaSalle St.
Suite 1300
Chicago, IL 60602**
Number, Street, City, State & ZIP Code

Contact phone  **312-346-8380**     Email address  **hisrael@lplegal.com**

**6216289 IL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name: **Rusthoven Enterprises LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule
■ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 25, 2021**    X /s/ B.R. Rusthoven
Signature of individual signing on behalf of debtor

**Brian Rusthoven**
Printed name

**Manager**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **Rusthoven Enterprises LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Department of the Treasury Internal Revenue Service PO Box 7346 Philadelphia, PA 19101 | | | Contingent Unliquidated Disputed | | | Unknown |
| Illinois Department of Revenue Bankruptcy Unit P O Box 19035 Springfield, IL 62794 | | | Contingent Unliquidated Disputed | | | Unknown |
| Illinois Dept. of Employment Sec. Benefit Payment Control Division P O Box 4385 Chicago, IL 60680 | | | Contingent Unliquidated Disputed | | | Unknown |

# RESOLUTION
## of
## RUSTHOVEN ENTERPRISES LLC
### (an Illinois Limited Liability Company)

**Effective as of March 25, 2021**

The undersigned, in their respective capacities as managers (the "Managers") of Rusthoven Enterprises LLC, an Illinois limited liability company (the "Company"), hereby consent in writing to the following resolutions.

WHEREAS, the Managers have considered the financial and operational aspects of the Company's business and the recommendations of the Company's professionals and advisors, and adopts the following resolutions by written consent;

NOW, THEREFORE, BE IT RESOLVED, that, in the judgment of the Managers, it is desirable and in the best interest of the Company, its creditors, equity holders, and other interested parties to file a petition (the "Petition") seeking relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court in the district as determined to be appropriate by the Authorized Officer (as defined herein) upon the advice of counsel (the "Bankruptcy Court");

RESOLVED FURTHER, that the Petition is adopted in all respects. Brian R. Rusthoven (the "Authorized Agent") is hereby authorized and directed, on behalf of the Company, to execute the Petition or authorize the execution of a filing of the Petition by the Company and to cause the same to be filed with the Bankruptcy Court at such time as the Authorized Agent considers it appropriate;

RESOLVED FURTHER, that the Authorized Agent shall be, and hereby is, authorized, directed, and empowered on behalf of and in the name of the Company to execute, verify, and cause to be filed such requests for relief from the Bankruptcy Court as the Authorized Agent may deem necessary, proper, or desirable in connection with the Petition, with a view to successful prosecution thereunder;

RESOLVED FURTHER, that the Authorized Agent is authorized to execute and file on behalf of the Company all petitions, schedules, lists, and other motions, papers, or documents, and to take any and all action that it deems necessary or proper to obtain appropriate relief for the Company, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business;

RESOLVED FURTHER, that the law firm of Levenfeld Pearlstein, LLC shall be, and hereby is, employed as general bankruptcy counsel for the Company in the Company's chapter 11 case;

RESOLVED FURTHER, that the Authorized Agent is authorized and empowered on behalf of, and in the name of, the Company to retain and to employ other attorneys, brokers,

investment bankers, accountants, restructuring professionals, financial advisors, and other professionals to assist in the Company's chapter 11 case on such terms as are deemed necessary, proper, or desirable by the Authorized Agent;

RESOLVED FURTHER, that the Authorized Agent, and any employees or agents (including counsel) designated by or directed by such Authorized Agent, shall be, and each hereby is, authorized and empowered to cause the Company and such of its affiliates as management deems appropriate to enter into, execute, deliver, certify, file, record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions, as in the judgment of such Authorized Agent shall be necessary, proper, and desirable to prosecute to a successful completion of the Company's chapter 11 case, to effectuate the restructuring of the Company's debt, other obligations, organizational form and structure, and ownership of the Company and its subsidiaries consistent with the foregoing resolutions, and to carry out and put into effect the purposes of the foregoing resolutions, and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions;

## General Authorization

RESOLVED FURTHER, that the Authorized Agent is authorized and empowered on behalf of the Company and in its name to take or cause to be taken all actions and to execute and deliver all such instruments that the Authorized Agent of the Company approves as necessary or desirable in connection with the foregoing resolutions, such approval to be conclusively evidenced by the taking of any such action or the execution and delivery of any such instrument by the Authorized Agent of the Company;

RESOLVED FURTHER, that any specific resolutions that may be required to have been adopted in connection with the actions contemplated by the foregoing resolutions be, and they hereby are, adopted, and the Authorized Agent of the Company is authorized to certify as to the adoption of any and all such resolutions and attach such resolutions hereto;

RESOLVED FURTHER, that all actions heretofore taken by the Authorized Agent or of the Company in connection with or otherwise in contemplation of the transactions contemplated by any of the foregoing resolutions be, and they hereby are, ratified, confirmed, and approved; and

IN WITNESS WHEREOF, the undersigned has executed this action by written consent as of the date first written above.

**BRIAN R. RUSTHOVEN**                                      **LEIGH A. RUSTHOVEN**

_____            _____
Manager of Rusthoven Enterprises LLC             Manager of Rusthoven Enterprises LLC

2

# United States Bankruptcy Court
## Northern District of Illinois

In re: **Rusthoven Enterprises LLC**, Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Chase T. Rusthoven<br>9541 Witham Ln.<br>Woodridge, IL 60517 | | 1% | Membership Interest |
| Leigh A. Rusthoven<br>9541 Witham Ln.<br>Woodridge, IL 60517 | | 99% | Membership Interest |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **March 25, 2021**    Signature _/s/ Brian Rusthoven_
**Brian Rusthoven**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Rusthoven Enterprises LLC**                                   Case No.
                              Debtor(s)                                Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Rusthoven Enterprises LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 25, 2021**                                    /s/ Harold D. Israel
Date                                                **Harold D. Israel**
                                                    Signature of Attorney or Litigant
                                                    Counsel for  **Rusthoven Enterprises LLC**
                                                    **Levenfeld Pearlstein, LLC**
                                                    **2 N. LaSalle St.**
                                                    **Suite 1300**
                                                    **Chicago, IL 60602**
                                                    **312-346-8380**
                                                    **hisrael@lplegal.com**

# United States Bankruptcy Court
## Northern District of Illinois

In re: **Rusthoven Enterprises LLC**
Debtor(s)

Case No.
Chapter **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: **59**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **March 25, 2021**

/s/ Brian Rusthoven
**Brian Rusthoven/Manager**
Signer/Title

```
A & W Trailer
17 W 411 N Frontage Rd
Darien, IL 60561


AAA Garage Door
330 W Stone
Villa Park, IL 60181


AT&T
PO Box 6416
Carol Stream, IL 60197


Barclays
PO Box 60517
City of Industry, CA 91716


Buttrey Rental
216 W Ogden
Westmont, IL 60559


Cedar Path Nursery
15235 W Bruce Road
Homer Glen, IL 60491


Central Sod
25605 W 111th
Plainfield, IL 60585


Central Turf & Irrigation
960 N. Ridge
Lombard, IL 60148


City of Oak Brook Terrace
17W275 Butterfield Rd
Villa Park, IL 60181


Clarendon Hardware
15 S Prospect
Clarendon Hills, IL 60514


Commercial Lawn Mower Repair
735 N Yale
Villa Park, IL 60181
```

```
Cook County Collector
69 West Washington, Suite 2830
Chicago, IL 60602


CSC
PO Box 13397
Philadelphia, PA 19101


Dawson Tree Service
PO Box 1363
Elmhurst, IL 60126


Department of the Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


Distant Horizons
PO Box 574
Frankfort, IL 60423


DK Organics
725 N Skokie Highway
Lake Bluff, IL 60044


Domain Listings
PO Box 19607
Las Vegas, NV 89132


Donegal Excavating
13011 Grant Rd
Lemont, IL 60439


DuPage County Treasurer
421 N. County Farm Road
Wheaton, IL 60187


Fiore Nursery
16606 W Highway 22
Lincolnshire, IL 60069


Fox Valley Excavating
4503 Duncan Ct
Naperville, IL 60564
```

Frank Gentile
100 E North Ave
Villa Park, IL 60181


Gary Galassi Stone
44 Devonwood Ave
Romeoville, IL 60446


Grange Insurance
PO Box 88017
Chicago, IL 60680


Groot Disposal
PO Box 535233
Pittsburgh, PA 15253


Henry Rosedale
3 N 770 Woodland
West Chicago, IL 60185


Hinsdale Nursery
7200 S. Madison St
Willowbrook, IL 60527


Homer Industries
14000 Archer
Lockport, IL 60441


Illinois Department of Revenue
Bankruptcy Unit
P O Box 19035
Springfield, IL 62794


Illinois Dept of Agriculture
Bureau of Environmental Programs
2280 Bethany Road, Suite B
DeKalb, IL 60115


Illinois Dept of Public Health
535 W Jefferson St
Springfield, IL 62761

Illinois Dept. of Employment Sec.
Benefit Payment Control Division
P O Box 4385
Chicago, IL 60680


Illinois Landscape Supply
60 Wolf Road
Oswego, IL 60543


Illinois Tollway Authority
PO Box 5544
Chicago, IL 60680


Jaso Enterprises
10161 49th St N - Unit W
Pinellas Park, FL 33782


Jesse Auto Repair
335 W Stone Villa
Villa Park, IL 60181


Kieft Bros
837 S. Riverside Dr
Elmhurst, IL 60126


Lurveys
2550 E  Dempster
Des Plaines, IL 60016


Meno Stone
10800 Rt 83
Lemont, IL 60439


Midwest Groundcovers
PO Box 748
Clarendon Hills, IL 60514


Quick Attach Attachments LLC
PO Box 860490
Minneapolis, MN 55486


Railroad Maint & Indust. Health Fun
2725 W Monroe
Springfield, IL 62704

Railroad Maint & Industrial Health
2725 W Monroe
Springfield, IL 62704

Russo's
9525 W Irving Park
Schiller Park, IL 60176

Schomig Land Surveyors
909 E. 31st St
La Grange Park, IL 60526

Sid Kamp Trucking
8118 W. 189th St
Mokena, IL 60448

Simple Sanitation
PO Box 491
Elmhurst, IL 60126

State Disbursement Unit
PO Box 5400
Carol Stream, IL 60197

Sub Trailer Service
415 E. St
Villa Park, IL 60181

T & C
3900 W. 167th St.
Markham, IL 60428

Tarp Supply Inc
266 Eisenhower Lane N
Lombard, IL 60148

Travelers Insurance
PO Box 660317
Dallas, TX 75266

Vermeer Midwest
2801 Beverly
Aurora, IL 60502

Village of Villa Park
20 Ardmore Ave
Villa Park, IL 60181


Village of Western Springs
740 Hillgrove Ave.
Western Springs, IL 60558


Village of Willowbrook
835 Midway Drive
Willowbrook, IL 60527


Westmore Supply
250 Westmore Meyers Rd
Lombard, IL 60148


Wilson Nursery
26W200 Lake St
Hanover Park, IL 60133