UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>RUSTHOVEN ENTERPRISES LLC,<br><br>Debtor. | ) Chapter 11<br>)<br>) Case No. 21-03863<br>)<br>)<br>) Honorable Jack B. Schmetterer<br>) |

### DECLARATION UNDER PENALTY OF PERJURY

I, Brian R. Rusthoven, in accordance with 11 U.S.C. § 1116(1)(B) declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that Rusthoven Enterprises LLC (the "Debtor") has not prepared a statement of operations, balance sheet, or cash flow statement. In addition, the Debtor has not filed its 2019 or 2020 tax returns.

Dated: 3-30-21

Brian R. Rusthoven