# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| RUSTHOVEN ENTERPRISES LLC, *et al.* | ) |
| | ) Case No. 21-03863 |
| | ) (Jointly Administered) |
| Debtors.[1] | ) |
| | ) Honorable Timothy A. Barnes |
| | ) |

## NOTICE OF OBJECTION

**PLEASE TAKE NOTICE** that Rusthoven Enterprises LLC and Landscape Consultants, Inc., object to and respectfully request to be heard with respect to the *Motion for Leave to File Claim After the Bar Date* [Docket No. 22] filed by Local 150 International Union of Operating Engineers, AFL-CIO; Midwest Operating Engineers Pension Trust Fund; Local 150 IUOE Vacation Savings Plan; and Construction Industry Research and Service Trust Fund, currently noticed for hearing on May 24, 2021 at 1:30 p.m. before the Honorable Timothy A. Barnes.

Dated:  May 14, 2021

Respectfully submitted,

**RUSTHOVEN ENTERPRISES, LLC, *et al.***

By:      /s/ Harold D. Israel

Harold D. Israel, Esq.
Sean P. Williams, Esq.
**LEVENFELD PEARLSTEIN, LLC**
2 N. LaSalle St., Suite 1300
Chicago, IL 60602
Telephone: (312) 346-8380
e-mail: hisrael@lplegal.com
e-mail: swilliams@lplegal.com

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal taxpayer-identification number, are: (i) Rusthoven Enterprises LLC (8546) and (ii) Landscape Consultants, Inc. (1297).