UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | Case No. 21 B 03863 |
| Rusthoven Enterprises LLC<br>d/b/a Phil Robin Landscapes | (Jointly Administered)<br>Honorable Judge Timothy A. Barnes<br>Case No. 21-03864 |
| Landscape Consultants, Inc.<br>f/d/b/a Phil Robin Landscapes | Chapter 11, Subchapter V<br>Hearing:  June 21, 2021 at 1:30 P.M. |
| Debtors/Debtors-in-possession. | |

TO:   *See attached list*

## NOTICE OF FILING

PLEASE TAKE NOTICE THAT on June 7, 2021, Midwest Operating Engineers Pension Trust Fund, Local 150 IUOE Vacation Savings Plan, Construction Industry Research and Service Trust Fund, and International Union of Operating Engineers, Local 150, AFL-CIOs, filed their Reply to Objection of Debtors to Motion of Claimants to File Late Claims, a copy of which is attached hereto and herewith served upon you.

By: /s/Scott R. Clar
One of Claimants attorneys

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and the attached Reply to be served on all parties on the attached service list via first class U.S. mail, properly addressed, postage prepaid on June 7, 2021.

By: /s/Scott R. Clar
One of its attorneys

/s/Scott R. Clar                                                    s/ Elizabeth A. LaRose
One of the Attorneys for the Creditors          One of the Attorneys for the Creditors

**Creditors' Attorney**:
Scott R. Clar
(Atty. No. 06183741)
Crane, Simon, Clar & Goodman
135 S. LaSalle,#3950
Chicago, IL 60603
(312) 641-6777
sclar@cranesimon.com

**Attorneys for Funds**:
Elizabeth A. LaRose *(elarose@local150.org)*
Institute for Worker Welfare, P.C.
6140 Joliet Road
Countryside, IL 60525
Ph: (708) 579-6628     Fx: (708) 588-1647

**Attorneys for Local 150**:
Elizabeth A. LaRose *(elarose@local150.org)*
Local 150 Legal Dept.
6140 Joliet Road
Countryside, IL  60525
Ph. (708) 579-6663   Fx. (708) 588-1647

# **SERVICE LIST**

**Court's Electronic Registration**:

- Robert P Handler    rhandler@com-rec.com, rhandlerscv@ecf.axosfs.com
- Harold D. Israel    hisrael@lplegal.com, ikropiewnicka@lplegal.com;bdroca@lplegal.com;jburns@lplegal.com;tmassat@lplegal.com
- Elizabeth A LaRose    elarose@local150.org, docketing@local150.org;lkramer@local150.org
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Sean P. Williams    swilliams@lplegal.com